```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT FOR THE
 9                         EASTERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,           )   2:08MC00055-WBS-GGH
                                         )
12           Plaintiff,                  )
                                         )
13      v.                               )   ~~Proposed~~
                                         )   ORDER OF GARNISHMENT
14   LEVON AKOPYAN,                      )   (INTEREST IN WITHHELD
                                         )   MONEY)
15           Defendant and               )
             Judgment Debtor.            )
16   _____)
                                         )
17   CALIFORNIA DEPARTMENT OF            )
     HEALTH SERVICES,                    )
18                                       )
             Garnishee.                  )
19   _____)
```

A Writ of Garnishment (Interest in Withheld Money), directed to the Garnishee California Department of Health Services, has been duly issued and served upon the Garnishee in order to partially satisfy the outstanding debt owed by the Defendant and Judgment Debtor Levon Akopyan ("Judgment Debtor").

//
//
//
//

1	The Garnishee filed an Answer of Garnishee stating that at
2 the time of service of the Writ, the Garnishee had custody or
3 possession of properties (non-earnings), in which the "Judgment
4 Debtor" maintains an interest, as described below:

5	1.  Trust Account, account number DME02750F, holding
6	payments for claims Judgment Debtor submitted to the
7	California Department of Health Services that are
8	payable to the Judgment Debtor, doing business as City
9	Medical Supply.  The total sum held in the Trust
10	Account is $20,330.11.

11	The balance owing by the Judgment Debtor on the judgment is
12 $412,486.00 as of May 6, 2008, and said amount is the same amount
13 as shown in the Application For Writ of Garnishment (Interest in
14 Withheld Money) filed herein.

15	The Judgment Debtor was served by the Garnishee with the
16 Answer of Garnishee and the Judgment Debtor has not filed a
17 written objection or requested a hearing within 20 days, as set
18 forth in 28 U.S.C. § 3205(c)(5).  The Judgment Debtor has not
19 requested a hearing on a claim of exemption, as set forth in
20 28 U.S.C. § 3014(b)(2).

21	Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee
22 files an answer, and if no hearing is requested within the
23 required time period, the Court shall promptly enter an order
24 directing the Garnishee as to the disposition of the Judgment
25 Debtor's property.
26 //
27 //
28 //

ACCORDINGLY, IT IS ORDERED that the Garnishee California Department of Health Services shall turn over the amount of $20,330.11, payable to the Clerk of the Court, (reference Docket No. CR S 01-333-GEB on the face of the check), and forward it to:

> U.S. Attorney's Office
> 501 "I" Street, Suite 10-100
> Sacramento, California 95814

IT IS FURTHER ORDERED that upon receipt of payment, the Writ of Garnishment is hereby terminated.

DATED: Oct. 21, 2008

GREGORY G. HOLLOWS
United States Magistrate Judge